# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TERRELL REYNOLDS, | Case No. 24-cv-2956 (LMP/DJF) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| B. EISCHEN, FPC Duluth, | |
| Respondent. | |

---

This matter is before the Court on the March 11, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, which recommends dismissing Petitioner Terrell Reynolds's habeas petition. *See* ECF No. 16. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

## ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 16) is **ADOPTED IN FULL**.

2. The Amended Petition (ECF No. 10) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 11, 2025
              *s/Laura M. Provinzino*
              Laura M. Provinzino
              United States District Judge